# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151295 & (17)

JASON A. EIFERT and TEGIN A. EIFERT,
      Plaintiffs/Counter Defendants-
      Appellees,

v

DEAN W. OLIN, SUZANNE M. OLIN, JAMES A.
JOHNSON and JOYCE E. JOHNSON,
      Defendants/Counter Plaintiffs/Third
      Party Plaintiffs-Appellees,

v

BOARD OF COUNTY ROAD COMMISSIONERS
FOR THE COUNTY OF IONIA,
      Third Party Defendant-Appellant.
_____/

SC: 151295
COA: 323525
Ionia CC: 2012-029620-CH

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2015

